AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
February 04, 2025
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Francisco Antonio Hernandez-Mora<br>(MEX 1997)<br><br>Defendant(s) | Case No. M-25-0237-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 20, 2025** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assault of a Federal Officer |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA L Garcia.

/s/Javier Castillo
Complainant's signature

Javier Castillo, FBI TFO
Printed name and title

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: February 4, 2025 at 5:40 p.m.

City and state: McAllen, Texas

Judge's signature

Nadia S. Medrano, United States Magistrate Judge
Printed name and title

On or about January 20th, 2025, Francisco Antonio Hernandez-Mora, did intentionally forcibly assault, resist, oppose, impede, intimidate or interfere with C.S.T. a federal correctional officer, who was engaged in or on account of the performance of his official duties and such acts caused physical contact.

The East Hidalgo Detention Center (EHDC) located in La Villa, Texas is a federal penal facility operated by a private corporation. The EHDC houses federal inmates during the pendency of their federal criminal matters.

On January 20th 2025, C.S.T. was employed with The GEO Group as a contracted federal correction officer at EHDC working a 6:00pm to 6:00am shift. As well on that date, Hernandez-Mora was a federal detainee at EHDC housed in 15 A Pod 4.

On that date approximately 8:00 pm, a group of detainees within A Pod 4, to include Hernandez-Mora physically assaulted officer C.S.T. with their hands and feet.

Agents reviewed the surveillance camera footage of A Pod 4 at the time of the assault. Agents observed as officer C.S.T. entered A Pod 4 housing unit carrying a large container of water to provide to the detainees. Agents observed as multiple detainees then began to gather closer and around officer C.S.T. Agents observed as another detainee raised his fist and stuck officer C.S.T. After the initial strike by that detainee agents observed that multiple detainees then began to punch and kick officer C.S.T.

Agents identified Hernandez-Mora as a detainee who stuck officer C.S.T. with his fists. Agents identified Hernandez-Mora in the footage as an individual wearing an orange shirt with cutoff sleeves and grey sweatpants. Within the footage Hernandez-Mora is seen striking officer C.S.T. with his fists as well as standing over officer C.S.T. while he is on ground and continuing to strike C.S.T.




Agents have conducted interviews of several detainees within A Pod 4 who additionally identified Hernandez-Mora as one of the individuals who stuck officer C.S.T.